No. 96–6991. PALAND v. BROOKTRAILS COMMUNITY SERVICES DISTRICT BOARD OF DIRECTORS. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–6994. WYNNE v. WYNNE. Super. Ct. N. J., App. Div. Certiorari denied.

No. 96–6995. YOUNG v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–6996. BUSH v. HESSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6998. STEPHEN v. ROWLAND. C. A. 9th Cir. Certiorari denied.

No. 96–6999. SCHLEEPER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–7000. BANKS v. WITT ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7002. WILLIAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–7003. WILLIAMS v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 96–7008. VALLES v. RUBALCABA ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7010. HERSHEY v. CALIFORNIA STATE HUMANE SOCIETY ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7016. HARRIS v. SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Cal. Certiorari denied.

No. 96–7018. HASTINGS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–7025. MCGEE v. INGRAHAM ET AL. C. A. 9th Cir. Certiorari denied.